**Allan D. PENRY, Plaintiff–Appellant,**

v.

**THURSTON COUNTY SUPERIOR COURT; et al., Defendants–Appellees.**

No. 01–35034.

D.C. No. CV–00–05321–RJB.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001 *.

Decided Sept. 24, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Allan Penry appeals pro se the district court's order dismissing his 42 U.S.C. § 1983 action, challenging the enforcement of child support payments ordered by Thurston County Superior Court. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's order of dismissal, *World Famous Drinking Emporium, Inc. v. City of Tempe*, 820 F.2d 1079, 1081 (9th Cir.1987), and affirm.

The district court properly abstained from exercising subject matter jurisdiction over Penry's civil rights claims and properly dismissed his action. *See id.* at 1082;

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*Peterson v. Babbitt*, 708 F.2d 465, 466 (9th Cir.1983).

AFFIRMED.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

